

# NUMBER 13-14-00090-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JASON HARDING,                                                             Appellant,

v.

THE STATE OF TEXAS,                                                         Appellee.

### On appeal from the County Court at Law No. 6
### of Travis County, Texas.

# ORDER OF ABATEMENT

### Before Justices Garza, Benavides, and Perkes
### Order Per Curiam

This appeal was transferred to this Court from the Third Court of Appeals by order of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. § 22.220(a) (West Supp. 2013+) (delineating the jurisdiction of appellate courts); TEX. GOV'T CODE ANN. § 73.001 (West 2005) (granting the supreme court the authority to transfer cases from one court of

appeals to another at any time that there is "good cause" for the transfer). Appellant, Jason Harding, has filed a "Motion of Indigence and Request for the Record." According to the motion, appellant is indigent and has no money to pay for the appellate record. The motion was filed by attorney M. Ariel Payan, who is appearing on behalf of appellant pro bono.

We ABATE this appeal and REMAND the cause to the trial court for further proceedings. Upon remand, the trial court shall cause notice of a hearing to be given and, thereafter, conduct a hearing to determine the following:

1. Whether appellant desires to prosecute this appeal;

2. Whether appellant is indigent;

3. Whether appellant is entitled to a free appellate record due to his indigency;

4. Whether appellant is entitled to appointed counsel; and,

5. What orders if any, should be entered to assure the filing of appropriate notices and documentation to dismiss appellant's appeal if appellant does not desire to prosecute this appeal, or if appellant desires to prosecute this appeal, to assure that the appeal will be diligently pursued.

If the trial court determines that appellant does want to continue the appeal and that appellant is indigent and entitled to court-appointed counsel, the trial court shall appoint counsel to represent appellant in this appeal. If counsel is appointed, the name, address, telephone number, and state bar number of the appointed counsel shall be included in the order of appointment.

The trial court shall cause its finding and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental

2

clerk's record and shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and reporter's record, if any, shall be filed with the Clerk of this Court on or before the expiration thirty days from the date of this order.

Appellant's "Motion of Indigence and Request for the Record" will be CARRIED WITH THE CASE pending further order of the Court.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
11th day of March, 2014.

3